1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ADARYLL WEAVER,                    No.  1:20-cv-00699-ADA-HBK (PC)

12              Plaintiff,              ORDER ADOPTING FINDINGS AND
                                        RECOMMENDATION
13        v.
                                        (ECF No. 11)
14   SHERRY LOPEZ, et al.

15              Defendants.

16

17        Plaintiff Adaryll Weaver ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action filed under 42 U.S.C. § 1983.  The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On April 10, 2023, the Magistrate Judge filed a findings and recommendations,

21   recommending dismissal of the instant action for Plaintiff's failure to prosecute and comply with a

22   court order.  (ECF No. 11.)  Specifically, the Magistrate Judge screened Plaintiff's Complaint and

23   found that it failed to state a cognizable claim.  (ECF No. 9.)  Plaintiff was given three options to

24   exercise within twenty-one days from receipt of the March 2, 2023 Screening Order: (1) file a First

25   Amended Complaint; (2) file a notice that he intends to stand on his initial complaint subject to the

26   Magistrate Judge recommending the action's dismissal by the District Judge for the reasons stated

27   in the March 2, 2023 Screening Order; or (3) file a notice to voluntarily dismiss the action.  (*Id.*)

28   Plaintiff did not exercise any of the three options, and on April 10, 2023, the Magistrate Judge

issued Findings and Recommendations, recommending the instant action be dismissed.  (ECF No. 11.)  The April 10, 2023, findings and recommendations were served on Plaintiff and contained notice that objections to the findings and recommendations were to be filed within fourteen days. (*Id*. at 5.)  Plaintiff failed to file any objections, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.  The findings and recommendation, filed on April 10, 2023, (ECF No. 11), is adopted in full; and

2.  The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.


IT IS SO ORDERED.

Dated:   May 30, 2023

_____
UNITED STATES DISTRICT JUDGE